

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-93,174-01

**EX PARTE MOSES ELIGIIO AGUILAR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 17FC-4293-C(1) IN THE 94TH DISTRICT COURT
### FROM NUECES COUNTY

*Per curiam*.

### O R D E R

Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. Under Article 11.07 of the Texas Code of Criminal Procedure, a district clerk is required to forward to this Court, among other things, "the application, any answers filed, any motions filed, transcripts of all depositions and hearings, any affidavits, and any other matters such as official records used by the court in resolving issues of fact." *Id*. at § 3(d); *see also* TEX. R. APP. P. 73.4(b)(4). The record forwarded to this Court appears, however, to be incomplete. Specifically, the record does not contain copies of the plea documents in this case, including any written plea agreement, the trial court's admonishments, and any waivers, stipulations, and judicial confession signed by Applicant.

The district clerk shall either forward all the relevant plea documents to this Court or certify in writing that those documents are not part of the record. The district clerk shall comply with this order within thirty days from the date of this order.

Filed: October 13, 2021
Do not publish